

**SO ORDERED.**
**SIGNED this 1st day of May, 2013**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ John C. Cook
**John C. Cook**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Robert Alan Davis | ) | |
| Sharon Houston Davis | ) | Case No. 12-10791 |
| | ) | |
| Debtors, | ) | Chapter 13 |

_____

### AGREED ORDER SUBSTITUTING COUNSEL
_____

By agreement of counsel of the parties and for good cause shown, it is hereby,

ORDERED that David J. Fulton, Esq. and Scarborough, Fulton & Glass, P.C are hereby

substituted as counsel of record for the Debtors related to the above-referenced case and Sandra

York Benton is hereby relieved as counsel for the Debtors and the hearing set for May 23, 2013 on Sandra Benton's Motion to Withdraw {Doc34} is canceled.

# # #

Agreed as to form:

SCARBOROUGH, FULTON & GLASS

By: /s/David J. Fulton
    David J. Fulton, #006102
    701 Market Street, Suite 1000
    Chattanooga, TN 37402
    (423) 648-1880
    (423) 648-1881 (facsimile)
    djf@sfglegal.com

SANDRA Y. BENTON

By: /s/Sandra Y. Benton
    Sandra Y. Benton, #011404
    5211 Highway 153, Suite B
    P.O. Box 1236
    Hixson, TN 37343
    (423) 876-1110
    (423) 876-1137 (facsimile)
    sybenton@comcast.net