# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:  
Robert Alan Davis   xxx–xx–9358  
Sharon Houston Davis   xxx–xx–7156  
    Debtor(s)

Case Number:  1:12–bk–10791  
Chapter:  7

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OR ANTICIPATED
## RECOVERY OF ASSETS

## NOTICE IS GIVEN THAT:

    The initial notice in this case advised creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered or are anticipated to be recovered by the trustee.

    Creditors who wish to share in any distribution of funds in this bankruptcy case must file a proof of claim with the Bankruptcy Court at the address below on or before

**DATE: 8/27/13**

**(Governmental Agencies) DATE: 8/27/13**

    Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

    You can obtain a proof of claim form at the bankruptcy clerk's office at the address listed below or by visiting the Eastern District of Tennessee website at www.tneb.uscourts.gov. It may be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, please enclose a copy of the proof of claim together with a stamped, self–addressed envelope.

    There is no fee for filing the proof of claim.

    **Any creditor who has filed a proof of claim already need not file another proof of claim.**

Dated: 5/29/13

<u>Address of the Bankruptcy Court</u>  
United States Bankruptcy Court  
31 East 11th Street  
Chattanooga, TN 37402

Danny W. Armstrong  
Clerk of the Bankruptcy Court

By: ___ELR___  
Deputy Clerk