```
                         United States Bankruptcy Court
                          Eastern District of Tennessee
In re:                                                             Case No. 12-10791-jcc
Robert Alan Davis                                                  Chapter 7
Sharon Houston Davis
       Debtors
                               CERTIFICATE OF NOTICE
District/off: 0649-1          User: reede                 Page 1 of 3                  Date Rcvd: May 29, 2013
                              Form ID: krecast            Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2013.
db/jdb       +Robert Alan Davis,    Sharon Houston Davis,    1512 Independence Lane,    Chattanooga, TN 37421-5221
cr           +Hamilton County Trustee,    Attn: Bankruptcy Dept,    625 Georgia Ave Room 210,
               Chattanooga, TN 37402-1494
cr           +JPMorgan Chase Bank, National Association,    c/o McCurdy & Candler, LLC,    3525 Piedmont Road,
               Six Piedmont Center, Suite 700,    Atlanta, GA 30305-1542
9603580      +American Express Business Finance,    P.O. Box 981540,    El Paso, TX 79998-1540
9603582      +Bank of America,    ATTN: Correspondence Unit, Bankruptcy,    P.O. Box 5170,
               Simi Valley, CA 93062-5170
9603584       Belk/GE Capital Retail Bank,    ATTN: Bankruptcy Department,    P.O. Box 103104,
               Roswell, GA 30076-9104
9781321      +CAPITAL ONE, N.A.,    PO Box 12907,   Norfolk VA 23541-0907
9647959      +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
9782345      +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
9603588      +Chase Home Finance,    Bankruptcy Dept.,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
9603590      +Collegedale Credit Union,    P.O. Box 2098,    Collegedale, TN 37315-2098
9603591      +Commonwealth of Kentucky,    Department of Revenue,    Division of Collections,    501 High Street,
               Frankfort, KY 40601-2103
9603595      +Dr. Kyle V. Roack,    P.O. Box 3549,   Chattanooga, TN 37404-0549
9780987      +Frost Arnett Agt for Anesthesiologists Assoc,     PO Box 198988,    Nashville, TN 37219-8988
9603596      +Gateway Bank & Trust,    c/o Simonds Law Firm,    427 E. 5th Street, Suite 100,
               Chattanooga, TN 37403-1823
9603598      +HSBC Bank/Neiman,    P.O. Box 5253,   Carol Stream, IL 60197-5253
9688295      +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail,    Mail Code LA4-5555,
               700 Kansas Lane,    Monroe, LA 71203-4774
9660432      +KENTUCKY DEPARTMENT OF REVENUE,    LEGAL SUPPORT BRANCH,    P O BOX 5222,    FRANKFORT KY 40602-5222
9763961       Main Street Acquisition Corp assignee of CHASE,     BANK USA N A,    c/o Becket and Lee LLP,
               POB 3001,    Malvern PA 19355-0701
9603600       Nationwide Credit Inc.,    2002 Summit Blvd.,    Suite 600,    Atlanta, GA 30319-1559
9690071      +PARKRIDGE MEDICAL CENTER,    Resurgent Capital Services,    PO Box 1927,
               Greenville, SC 29602-1927
9603601      +Parkridge Health Sys Inc.,    PO BOX 99400,    Louisville, KY 40269-0400
10057193     +Ricky Winningham,    c/o Terry L. Wood, Attorney,    236 N. Maple Street,
               Adamsville TN 38310-1823
9603602      +Ridgedale Baptist Church,    Attn: David Apps,    1831 Hickory Valley Road,
               Chattanooga, TN 37421-2528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +EDI: BASSASSOC.COM May 29 2013 20:38:00      eCast Settlement Corporation,    c/o Bass & Associates,
               3936 E. Ft. Lowell Rd,    Suite 200,    Tucson, AZ 85712-1083
9603578      +EDI: MERRICKBANK.COM May 29 2013 20:38:00      Advanta Credit Cards,    P.O. Box 9217,
               Old Bethpage, NY 11804-9017
9603579      +EDI: AMEREXPR.COM May 29 2013 20:38:00      American Express,    P.O.Box 981540,
               El Paso, TX 79998-1540
9708235       EDI: BECKLEE.COM May 29 2013 20:38:00      American Express Bank FSB,    c/o Becket and Lee LLP,
               POB 3001,    Malvern PA 19355-0701
9676316       EDI: BECKLEE.COM May 29 2013 20:38:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
9603581      +EDI: AMEREXPR.COM May 29 2013 20:38:00      American Express Optima,    P.O.Box 981540,
               El Paso, TX 79998-1540
9708991      +EDI: OPHSUBSID.COM May 29 2013 20:38:00      BACK BOWL I LLC, SERIES C,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
9603583       E-mail/Text: bankruptcy@bbandt.com May 29 2013 20:55:12      BB&T,    P.O. Box 2306,
               Wilson, NC 27894
9655184       E-mail/Text: bankruptcy@bbandt.com May 29 2013 20:55:12      Branch Banking & Trust Company,
               Bankruptcy Section/100-50-01-51,    PO Box 1847,    Wilson, NC 27894
9603585       EDI: CAPITALONE.COM May 29 2013 20:38:00      Capital One,    ATTN: General Correspondence,
               Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
9603586      +EDI: CHASE.COM May 29 2013 20:38:00      Chase,    Inquiries -- Bankruptcy Dept.,    PO Box 15298,
               Wilmington, DE 19850-5298
9603587      +EDI: CHASE.COM May 29 2013 20:38:00      Chase Bank USA,    P.O.Box 15298,
               Wilmington, DE 19850-5298
9603589      +EDI: CITICORP.COM May 29 2013 20:38:00      Citi Cards,    P.O. Box 6275,
               Sioux Falls, SD 57117-6275
9603594       EDI: DISCOVER.COM May 29 2013 20:38:00      Discover Financial Services LLC,    P.O. Box 15316,
               Wilmington, DE 19850
9603592       EDI: RESURGENT.COM May 29 2013 20:38:00      Dell Financial Serivces, LP,
               c/o Resurgent Capital Services,    P.O. Box 10390,    Greenville, SC 29603-0390
9612992       EDI: DISCOVER.COM May 29 2013 20:38:00      Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany, OH 43054-3025
9630338       EDI: BANKAMER2.COM May 29 2013 20:38:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102
```

```
District/off: 0649-1          User: reede                Page 2 of 3                   Date Rcvd: May 29, 2013
                              Form ID: krecast           Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
9603597      +EDI: HFC.COM May 29 2013 20:38:00      HSBC Bank,    Saks),   P.O. Box 5253,
              Carol Stream, IL 60197-5253
9702229      +EDI: BASSASSOC.COM May 29 2013 20:38:00      HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,
              3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
9603593       EDI: IRS.COM May 29 2013 20:38:00      Internal Revenue Service,   P. O. Box 7346,
              Philadelphia, PA 19101-7346
9804132      +EDI: OPHSUBSID.COM May 29 2013 20:38:00      Keystone Recovery Partners LLC, Series A,
              c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
9603599       EDI: CBSKOHLS.COM May 29 2013 20:38:00      Kohl's,    P.O. Box 3043,   Milwaukee, WI 53201-3043
9763961       EDI: BL-BECKET.COM May 29 2013 20:38:00      Main Street Acquisition Corp assignee of CHASE,
              BANK USA N A,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
9759782       EDI: MERRICKBANK.COM May 29 2013 20:38:00      Merrick Bank,   Resurgent Capital Services,
              PO Box 10368,    Greenville, SC 29603-0368
9769395      +EDI: OPHSUBSID.COM May 29 2013 20:38:00      PHARIA L.L.C.,   C O WEINSTEIN AND RILEY, PS,
              2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
9696030       EDI: PRA.COM May 29 2013 20:38:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
              Norfolk VA 23541
10154771     +EDI: PRA.COM May 29 2013 20:38:00      PRA Receivables Management, LLC,   POB 41067,
              Norfolk, VA 23541-1067
9603603      +EDI: RMSC.COM May 29 2013 20:38:00      Sams Club/GE Money Bank,   Attn: Bankruptcy Department,
              P.O. Box 103104,    Roswell, GA 30076-9104
10160006     +EDI: BASSASSOC.COM May 29 2013 20:38:00      eCAST Settlement Corporation,
              c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,   Tucson, AZ 85712-1083
                                                                                             TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Gateway Bank and Trust,   c/o Simonds Law Firm,    427 E. 5th Street, Suite 100,
              Chattanooga, TN 37403-1823
cr*          +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Road,Suite #200,
              Tucson, AZ 85712-1083
cr*          +Keystone Recovery Partners LLC, Series A,   c/o Weinstein & Riley, P.S.,
              2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
cr*          +PRA Receivables Management, LLC,    POB 41067,   NORFOLK, VA 23541-1067
9712645*      American Express Centurion Bank,    c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
                                                                                      TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 31, 2013**          **Signature:**     _Joseph Speetjens_

```
District/off: 0649-1          User: reede               Page 3 of 3              Date Rcvd: May 29, 2013
                              Form ID: krecast          Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2013 at the address(es) listed below:

        David J. Fulton    on behalf of Debtor Robert Alan Davis djf@sfglegal.com, sfglegalecf@gmail.com;angie@sfglegal.com

        David J. Fulton    on behalf of Joint Debtor Sharon Houston Davis djf@sfglegal.com, sfglegalecf@gmail.com;angie@sfglegal.com

        Patti H. Bass    on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com

        Robert Jayson Wilkinson    on behalf of Creditor   JPMorgan Chase Bank, National Association TNECF@mccurdycandler.com

        Timothy R. Simonds    on behalf of Creditor   Gateway Bank and Trust tim.simonds@simondsfirm.com, debbie@simondsfirm.com

        United States Trustee    Ustpregion08.cn.ecf@usdoj.gov

        William M. Foster    tn41@ecfcbis.com,   trustee@ffadlaw.com;wfoster@ffadlaw.com;court@ffadlaw.com

        TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:  
Robert Alan Davis   xxx−xx−9358  
Sharon Houston Davis   xxx−xx−7156  
   Debtor(s)

Case Number:  1:12−bk−10791  
Chapter:  7

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OR ANTICIPATED
## RECOVERY OF ASSETS

## NOTICE IS GIVEN THAT:

The initial notice in this case advised creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered or are anticipated to be recovered by the trustee.

Creditors who wish to share in any distribution of funds in this bankruptcy case must file a proof of claim with the Bankruptcy Court at the address below on or before

**DATE: 8/27/13**

**(Governmental Agencies) DATE: 8/27/13**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

You can obtain a proof of claim form at the bankruptcy clerk's office at the address listed below or by visiting the Eastern District of Tennessee website at www.tneb.uscourts.gov. It may be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, please enclose a copy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Dated: 5/29/13

<u>Address of the Bankruptcy Court</u>  
United States Bankruptcy Court  
31 East 11th Street  
Chattanooga, TN 37402

Danny W. Armstrong  
Clerk of the Bankruptcy Court

By:  ___ELR___  
Deputy Clerk