The order below is approved and the trustee's objection to exemption (doc #61) is resolved by this order.



**SO ORDERED.**
**SIGNED this 19th day of September, 2013**

_____
John C. Cook
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 12-10791 |
| Robert Alan Davis | ) | |
| Sharon Houston Davis | ) | |
| | ) | |
| | ) | Chapter 7 |
| Debtors | ) | |

_____
### ORDER
_____

This matter is before the Court upon the Objection of William M. Foster, Trustee {Doc 61} to the Debtors Claim of Exempt Property. Upon agreement of the Trustee and the Debtors, the Debtors' are allowed until October 18, 2013, to amend their property claim as exempt.

IT IS SO ORDERED.

1

# # #

Agreed as to form:

SCARBOROUGH, FULTON & GLASS

By:     /s/ David J. Fulton
        David J. Fulton, #6102
        Attorney for Debtor
        701 Market Street, Suite 1000
        Chattanooga, Tennessee 37402
        (423) 648-1880
        (423) 648-1881 (facsimile)
        DJF@sfglegal.com


WILLIAM M. FOSTER, PLLC

By:     /s/ William M. Foster
        William M. Foster, Trustee
        BPR # 1050
        P.O. Box 4716
        Mountain Creek Professional Center
        901 Mountain Creek Road - Suite 201
        Chattanooga, TN 37405
        Telephone: (423) 877-4250
        Facsimile: (423) 877-8082
        wfoster@ffadlaw.com